## Malley *v.* Malley, Appellant.

Argued November 11, 1969. *John L. Laubach, Jr.,* with him *Kenney, Stevens, Clark & Semple,* for appellant; *Homer W. King* and *Chris F. Gillotti,* for appellee.

Order affirmed.

## Mount Lebanon Township, Appellant, *v.* Goldman et ux. et al., Appellants.

Argued November 11, 1969. *Robert W. Doty,* with him *Frank L. Seamans, Edwin L. Klett,* and *Eckert, Seamans & Cherin,* for township, plaintiff; *Harold H. Goldman,* with him *Goldman & Unatin,* for defendants; *C. Harold Skodol,* with him *Herbert V. Brownlee,* for defendant.

In Appeal No. 17, the judgment is affirmed; in Appeals Nos. 20 and 113, the orders are affirmed.

CERCONE, J., took no part in the consideration or decision of this case.